UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY PATRICK MCGHEE,

        Plaintiff,

Case No.    12-10771

HONORABLE AVERN COHN

v.

HYBRID LOGISTICS, INC., et al,

        Defendants.

_____/

## JUDGMENT

For the reasons stated in the Order entered on October 17, 2012, judgment is entered in favor of defendant Cives Corporation only.

DAVID WEAVER

Dated: October 17, 2012        By: s/Julie Owens
                                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 17, 2012, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5160